# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 23-00233-JVS(JDEx) |
| Date | May 31, 2023 |
| Title | Chandravadan R. Bhagat, et al v. Samuel Chiang, et al |

Present: The Honorable **James V. Selna, US District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Not Present

Attorneys Present for Defendants:  Not Present

**Proceedings:** (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **June 12, 2023,** why sanctions should not be imposed and this action be dismissed for lack of prosecution for failure to participate in the Joint Rule 26 meeting report.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

| | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |