JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRAVADAN R. BHAGAT; RANJAN C. BHAGAT, <br><br> Plaintiffs, <br><br> v. <br><br> SAMUEL CHIANG, et al., <br><br> Defendants. | Case No. SACV-23-00233-JVS-JDE <br><br> Hon. James V. Selna <br><br> **ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)  [31]** |

{00907545.DOCX}  1

After considering the parties' Joint Stipulation of voluntary dismissal of case without prejudice pursuant to Federal Rule of Civil Procedure sec. 41(a)(1)(A)(ii), IT IS ORDERED the case be dismissed henceforth.

Dated: June 02, 2025

_____
James V. Selna